AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)      Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Arkansas

**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

**APR 2 8 2026**

TAMMY H. DOWNS, CLERK

By: _____
**DEP CLERK**

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Christopher Barefield | ) Case No:  4:21-CR-00060-JM-01 |
| | ) USM No:  78994-509 |
| Date of Original Judgment:  04/04/2023 | ) |
| Date of Previous Amended Judgment: _____ | ) Dale West |
| *(Use Date of Last Amended Judgment if Any)* | ) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐DENIED.   ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    88    months **is reduced to**   79 months    .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    04/04/2023    shall remain in effect.

**IT IS SO ORDERED.**

Order Date:    04/28/2026

Effective Date:   4/28/26
*(if different from order date)*

_____
*Judge's signature*

United States District Judge James M. Moody, Jr.
*Printed name and title*